S. LANE TUCKER
United States Attorney

JACQUELYN A. TRAINI
GLENN J. SHIDNER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Jackie.Traini@usdoj.gov
Email: Glenn.Shidner@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GROVES SALMON CHARTERS LLC;<br>JOSHUA MCDONALD<br><br>　　　　　　　Defendants. | Case No. 3:22-cv-0156-HRH |

**NOTICE OF SETTLEMENT**

The United States, via counsel, notifies the Court that the parties have reached a negotiated settlement of the claims asserted by Plaintiff in this action. A stipulation of dismissal will be filed after the parties finalize the settlement proceedings.

RESPECTFULLY SUBMITTED this 20th day of November 2023, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s/ Jacquelyn A. Traini
Assistant U.S. Attorney
Attorney for the Plaintiff

s/ Glenn J. Shidner
Assistant U.S. Attorney
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**
I hereby certify that on November 20, 2023,
a copy of the foregoing was served electronically to:

Laura L. Farley
Farley & Graves, P.C.
*Attorney for Defendants*

s/ Jacquelyn A. Traini
Office of the U.S. Attorney

*U.S. v. Groves Salmon Charters, LLC et al.*
Case No. 3:22-cv-00156-HRH                2

Case 3:22-cv-00156-HRH   Document 25   Filed 11/20/23   Page 2 of 2