S. LANE TUCKER
United States Attorney

JACQUELYN A. TRAINI
GLENN J. SHIDNER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Jackie.Traini@usdoj.gov
Email: Glenn.Shidner@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> GROVES SALMON CHARTERS LLC; </br> JOSHUA MCDONALD </br></br> Defendants. | Case No. 3:22-cv-0156-HRH |

**JOINT STATUS REPORT**

Plaintiff United States of America, through counsel, submits this joint status report on behalf of the parties after consultation and approval by Defense counsel. The parties are working through the settlement process but require additional time to finalize the

remaining aspects. As the settlement is anticipated in the coming weeks, the parties are not requesting further action be taken by the Court at this time.

RESPECTFULLY SUBMITTED this 12th day of January 2024, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney


s/ Jacquelyn A. Traini
Assistant U.S. Attorney
Attorney for the Plaintiff


s/ Glenn J. Shidner
Assistant U.S. Attorney
Attorney for the Plaintiff


Farley & Graves, P.C.

s/ Laura L. Farley (w/ consent)
Attorney for Defendants

**CERTIFICATE OF SERVICE**
I hereby certify that on January 12, 2024,
a copy of the foregoing was served electronically to:

Laura L. Farley
Farley & Graves, P.C.
*Attorney for Defendants*


s/ Jacquelyn A. Traini
Office of the U.S. Attorney


*U.S. v. Groves Salmon Charters, LLC et al.*
Case No. 3:22-cv-00156-HRH          2